

**FILED**
FEB 2 2 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **21 CR 0 5 0 CVE** |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [18 U.S.C. § 2250(a): Failure to Register as a Sex Offender] |
| v. | ) | |
| LESLIE KENNETH COPELAND, | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

Between on or about May 30, 2020, and the date of this Indictment, in the Northern District of Oklahoma, the defendant, **LESLIE KENNETH COPELAND**, an individual required to register under the Sex Offender Registration and Notification Act, and who entered, left, and resided within Indian Country, did knowingly fail to register and update his registration.

All in violation of Title 18, United States Code, Section 2250(a).

R. TRENT SHORES
UNITED STATES ATTORNEY

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson

VICTOR A.S. RÉGAL
Assistant United States Attorney